UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,                    Criminal No. 09-344 (JRT)

                 Plaintiff,

v.                                           **ORDER**

CARLOS SARABIA-FERREL,

                 Defendant.

_____

David Steinkamp, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Lyonel Norris, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the Defendant's motion to file a document under seal [Docket No. 69]. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant's motion to seal document is **GRANTED**.

DATED: September 13, 2010
at Minneapolis, Minnesota                                    _____s/ John R. Tunheim_____
                                                                   JOHN R. TUNHEIM
                                                            United States District Judge